**CR 16- 336**

DOC # 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA

    - v. -

PATRICK CONSIDINE,

               Defendant.
------------------------------------x

15 Cr. 003 (KBF)

**GARAUFIS, J.**

**GOLD, M.J**

CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE
(UNDER RULE 20)

I, PATRICK CONSIDINE, defendant, have been informed that an Information is pending against me in the above designated cause. I wish to plead *guilty* to the offenses charged, to consent to the disposition of the case in the Eastern District of New York in which I am *present* and to waive trial in the above-captioned District.

Dated: February 1, 2016
       march

_____
Patrick Considine

_____
Witness

_____
Sabrina Shroff, Esq.
Counsel for Patrick Considine

APPROVED

_____
United States Attorney for the
Southern District of New York

_____
United States Attorney for the
Eastern District of New York
BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136